IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS PHILLIP BRUST, D.C., P.C., individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Case No.: 4:14-CV-00385 RWS ) |
| v. | ) ) |
| OLYMPIC REHAB WELLNESS AND PAIN CENTER, P.C., | ) *So ordered* ) ) |
| Defendant. | ) ) |

*[Judge's signature, USDJ, 4/17/14]*

## PLAINTIFF DOUGLAS PHILLIP BRUST, D.C., P.C.'S DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE OF ITS CLAIM AGAINST DEFENDANT

COMES NOW Plaintiff, DOUGLAS PHILLIP BRUST, D.C., P.C.'s, and pursuant to Rule 41 (a) (1) (A) (ii) hereby dismisses his individual claims against OLYMPIC REHAB WELLNESS AND PAIN CENTER, P.C. **with prejudice**. No notice needs to be issued to the putative class under Rule 23, because there has been no finding that this action can proceed as a class action, and no class has been certified herein. Discovery has shown that any other potential members of the class can not be identified.

/s/ Max G. Margulis
Max G. Margulis, #24325MO
**MARGULIS LAW GROUP**
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P: (636) 536-7022
F: (636) 536-6652
E-Mail: MaxMargulis@MargulisLaw.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2014, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendant, Nataila D. McKinstry, #52453MO, NATAILA MCKINSTRY, LLC, 1000 A Geyer Ave., St. Louis, MO 63104, Phone: (314) 621-8006, Fax: (314) 241-1304, Email: msmckinstry@charter.net and a courtesy copy was also served by email.

/s/ Max G. Margulis
Max G. Margulis